## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA MILES-HICKMAN,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-07-0754 |
| DAVID POWERS HOMES, INC.,<br>Defendant. | §<br>§<br>§ | |

### VERDICT OF THE JURY

### ADA RETALIATION CLAIM

**Question No. 1**

  Did DPH violate the ADA by terminating Ms. Hickman's employment because she requested accommodations under the ADA?

  *Answer "Yes" or "No."*   Yes

**Question No. 2**

  If you answered "Yes" to Question No. 1, what sum of money, if paid now in cash, would fairly and reasonably compensate Ms. Hickman for her damages, if any, that resulted from her being terminated because she requested accommodations under the ADA?

  *Answer in dollars and cents, if any.  Otherwise, answer "None."*
  *Answer as to the following elements and for each specified period:*

**Lost Wages**

  **Back Pay** (wages):

    Period 1:  December 17, 2005 to June 21, 2007:  $ 50,000
    Period 2:  February 20, 2008 to Present:   $ 25,000

  **Front Pay**:  $ None

                    *Question No. 2 continues . . .*

**Compensatory Damages**

    **Past**:         $ _50,000_

    **Future**:     $ _50,000_

## TCHRA RETALIATION CLAIM

**Question No. 3**

    Did DPH violate the TCHRA by terminating Ms. Hickman's employment because she opposed a discriminatory practice under the TCHRA?

    *Answer  "Yes" or "No."*      _Yes_

**Question No. 4**

    If you answered "Yes" to Question No. 3, what sum of money, if paid now in cash, would fairly and reasonably compensate Ms. Hickman for her damages, if any, that resulted from her being terminated because she opposed a discriminatory practice under the TCHRA?

    *Answer in dollars and cents, if any.  Otherwise, answer "None."*
    *Answer as to the following elements and for each specified period:*

**Lost Wages**

    **Back Pay (wages):**

| | | |
|---|---|---|
| Period 1: | December 17, 2005 to June 21, 2007: | $ _None_ |
| Period 2: | February 20, 2008 to Present: | $ _None_ |

    **Front Pay**:     $ _None_

**Compensatory Damages**

    **Past**:         $ _None_

    **Future**:     $ _None_

## FMLA RETALIATION CLAIM

**Question No. 5**

Did DPH retaliate against Ms. Hickman by terminating her employment because she engaged in an FMLA-protected activity?

*Answer   "Yes" or "No."*    NO

**Question No. 6**

If you answered "Yes" to Question No. 5, did DPH act in good faith that it was not in violation of the FMLA with respect to its FMLA retaliatory conduct?

*Answer   "Yes" or "No."*   _____

**Question No. 7**

If you answered "Yes" to Question No. 5, what sum of money, if paid now in cash, would fairly and reasonably compensate Ms. Hickman for lost wages caused by DPH's FMLA retaliatory conduct?

*Answer in dollars and cents, if any.  Otherwise, answer "None."*
*Answer as to the following elements and for each specified period:*

**Lost Wages**

    **Back Pay** (wages):

        Period 1:     December 17, 2005 to June 21, 2007:    $ None
        Period 2:     February 20, 2008 to Present:    $ None

    **Front Pay**:    $ None

## FMLA INTERFERENCE CLAIM

### Question No. 8

Did DPH interfere, restrain or deny Ms. Hickman's right to FMLA leave, or her attempt to exercise her right to FMLA leave?

*Answer   "Yes" or "No."*      No

### Question No. 9

If you answered "Yes" to Question No. 8, did DPH act in good faith that it was not in violation of the FMLA with respect to its FMLA interference conduct?

*Answer   "Yes" or "No."*     _____

### Question No. 10

If you answered "Yes" to Question No. 8, what sum of money, if paid now in cash, would fairly and reasonably compensate Ms. Hickman for lost wages that resulted from DPH interfering with her rights under the FMLA?

*Answer in dollars and cents, if any.  Otherwise, answer "None."*
*Answer as to the following elements and for each specified period:*

### Lost Wages

#### Back Pay (wages):

| | | |
|---|---|---|
| Period 1: | December 17, 2005 to June 21, 2007: | $ None |
| Period 2: | February 20, 2008 to Present: | $ None |

**Front Pay:**     $ None

Signed on this _10th_ day of December 2008

Signature of jury redacted.