IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA MILES-HICKMAN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0754 |
| | § | |
| DAVID POWERS HOMES, INC., | § | |
|     Defendant. | § | |

### FINAL JUDGMENT

For the reasons discussed in the accompanying Memorandum and Order [Doc. # 161] and the Court's Order of March 24, 2009 [Doc. # 152], it is hereby

**ORDERED** that judgment is entered in favor of Plaintiff Pamela Miles-Hickman against Defendant David Powers Homes, Inc., in the amount of **$23,755.30**. It is further

**ORDERED** that attorneys' fees and costs in the amount of **$60,602.57** are assessed against Defendant.

THIS IS A FINAL, APPEALABLE ORDER.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, this **14**<sup>th</sup> day of **April, 2009**.

Nancy F. Atlas
United States District Judge