IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA MILES-HICKMAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0754 |
| | § | |
| DAVID POWERS HOMES, INC., | § | |
| Defendant. | § | |

## AMENDED FINAL JUDGMENT

For the reasons discussed in the accompanying Memorandum and Order [Doc. # 165], and the Court's Orders of April 14, 2009 [Doc. # 161] March 24, 2009 [Doc. # 152], it is hereby

**ORDERED** that judgment of back pay of $23,755.30, plus prejudgment interest of $3,434.72, for a total of **$27,190.02** is entered in favor of Plaintiff Pamela Miles-Hickman against Defendant David Powers Homes, Inc.  It is further

**ORDERED** that attorneys' fees and costs in the amount of **$60,602.57** are assessed against Defendant.  It is further

**ORDERED** that postjudgment interest shall accrue at **0.60% per annum** on the entire sum awarded to Plaintiff Pamela Miles-Hickman.

THIS IS A FINAL, APPEALABLE ORDER.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, this **24th** day of **June, 2009**.

_____
Nancy F. Atlas
United States District Judge